UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Leon Elgin

     Plaintiff(s),

vs.

St. Louis Coca-Cola Bottling Company Division of Coca-Cola enterprise, Inc.

     Defendant(s).

Case No. 4:05CV970 DJS

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation**, dated October 14, 2005 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:  Leonard J. Frankel

Firm Name and Address:  231 S. Berniston Av., suite 1111
Clayton, Missouri 63105

Telephone & FAX Number:  314-725-8000 / 314-726-5837

**The attorneys of record in this case are:**

Name of Lead Counsel:  Christopher Bent

Firm Name and Address:  Bent Law Firm, P. C.
P.O. Box 4040
5960 Howdershell Rd., Suite 206
Hazelwood, Missouri 63042

Telephone & FAX Number:  314-551-0898 / 314-551-0894

Name of Other Counsel:  William G. Trumpeter

Firm Name and Address: Miller & Martin
832 Georgia Avenue, Suite 1000
Chattanooga, Tennessee 37402

Telephone & FAX Number: 423-756-6600 / 423-785-8480

**The completion deadline for this ADR referral is** December 16, 2005

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: December 8, 2005

Time of Conference: 10:00 am a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: 231 S. Bemiston Ave.
Clayton, Missouri 63105

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

11-7-05
Date

/s/ Christopher B. Bent
Signature of Plaintiff(s)

/s/ William G. Trumpeter
Signature of Defendant(s)