```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

LEON ELGIN,                          )
                                     )
        Plaintiff,                   )
                                     )
   vs.                               )    Case No. 4:05CV970-DJS
                                     )
ST. LOUIS COCA-COLA                  )
BOTTLING CO.,                        )
                                     )
        Defendant.                   )

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendant and against plaintiff on all claims against defendant in plaintiff's complaint.

Dated this __14th__ day of November, 2005.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE